**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-6142

_____

FRED FREEMAN,

Plaintiff - Appellant,

v.

WARDEN KINDAL; NURSE DELEON, HTC; DR. MCREE; MS. RINGOLD, PRN; SOUTH CAROLINA DEPARTMENT OF CORRECTIONS,

Defendants - Appellees.

_____

Appeal from the United States District Court for the District of South Carolina, at Beaufort. Sherri A. Lydon, District Judge.  (9:21-cv-02199-SAL)

_____

Submitted:  June 15, 2023                    Decided:  June 21, 2023

_____

Before DIAZ, RICHARDSON, and HEYTENS, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Fred Freeman, Appellant Pro Se.   Elloree Ann Ganes, Evan Michael Sobocinski, HOOD LAW FIRM, Charleston, South Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Fred Freeman appeals the district court's order adopting the recommendation of the magistrate judge, granting Defendants' motion for summary judgment, and dismissing his civil action under 42 U.S.C. § 1983 and the Americans with Disabilities Act. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Freeman v. Warden Kindal*, No. 9:21-cv-02199-SAL (D.S.C. Jan. 18, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*